UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MELANIE DAVIS,

      *Plaintiff*,

v.

QUEEN NELLY, LLC; and ,

      *Defendants*.

Case No. 16-cv-02553-PJS-SER

## DECLARATION OF PETER HANSMEIER

    1.    My name is Peter Hansmeier. I am registered with the State of Minnesota as a Certified Accessibility Specialist. Unless otherwise noted, the following statements are made from my personal knowledge.

    2.    On August 8, 2016, I visited the Burnsville Dairy Queen described in Plaintiff's complaint in the above-captioned action. The parking space designated as "van accessible" featured a sign that was well-below the required sixty inches high. A sign of an appropriate height is important not only to deter unwarranted parking, but also to assist Ms. Davis with directional awareness as to her parked vehicle. Ms. Davis' cerebral palsy results in spatial awareness difficulties, and compliant signage greatly assists her in finding her car. A photograph I took of the low parking space is attached as Exhibit A.

    3.    The curb ramp to enter the Dairy Queen building from the parking spaces designated as "accessible" is a "built up" curb ramp that directly interferes with the

vehicular way for the drive-through window. A photograph I took of this circumstance is attached as Exhibit B.

This declaration is submitted pursuant to 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2016.

/s/ Peter Hansmeier<br>Peter Hansmeier